UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **COMMODITY FUTURES TRADING COMMISSION**<br><br>Plaintiff,<br><br>v.<br><br>**LON OLEN FRIEDRICHSEN**<br><br>Defendant. | Civil Action No. 18-cv-1830 (GHW)<br><br>ORDER TO SHOW CAUSE<br>FOR JUDGMENT BY DEFAULT<br>AGAINST DEFENDANT<br>LON OLEN FRIEDRICHSEN<br><br>ECF CASE |

Upon the Declarations of Daniel J. Grimm and Dmitriy Vilenskiy, made pursuant to 28 U.S.C. § 1746 (2012), and upon the Complaint, a copy of which is annexed hereto, it is hereby

**ORDERED** that Defendant Lon Olen Friedrichsen show cause before a motion term of the Court, at Courtroom 12C, United States Courthouse, 500 Pearl Street, in the City, County, and State of New York, on _____ ____, _____, at _____ o'clock in the _____, or as soon thereafter as counsel may be heard, why an order should not be issued pursuant to Local Civil Rule 55.2(b) and Federal Rule of Civil Procedure 55(b) entering judgment by default against Defendant.

**SO ORDERED**, this ____ day of _____, 2018.

_____
Gregory H. Woods
United States District Judge